# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHELBY J. PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3-10-CV-00659 |
| ) | |
| SEARS, ROEBUCK AND COMPANY a/k/a ) | JUDGE TRAUGER |
| SEARS HOLDING CORPORATION, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

Come now the parties, by and through counsel, and announce to the court that all matters herein controversy between these parties have been compromised and settled out of court, and that Plaintiff, for valuable consideration, has executed a release and settlement agreement in full and final settlement of all his claims against Defendant arising out of the matters herein controversy including any and all subrogation interests or liens, if any, against Defendant arising out of the matters herein controversy. It is therefore:

**ORDERED, ADJUDGED, and DECREED**, by the court that this cause be, and the same hereby is, dismissed with full prejudice to Plaintiff.

It is further **ORDERED** that Defendant is responsible for court costs for which execution may issue, if necessary.

Entered this 5th day of August, 2011.

_____
**JUDGE**

01554024.DOC

**APPROVED FOR ENTRY:**

**BY:** <u>**s/ Martin Sir w/permission**</u>
   <u>**s/ Anthony M. Noel**</u>
   Martin Sir, BPR #7173
   April Watkins, BPR #28354
   Jake Nemer, BPR #29324
   *Attorneys for Plaintiff*
   Fifth Third Center
   424 Church Street, Suite 1560
   Nashville, Tennessee 37219
   Phone: (615) 256-5661
   Fax: (615) 256-5115

**BY:** <u>**s/ Anthony M. Noel**</u>
   Anthony M. Noel, BPR #18828
   Joey C. Johnson, BPR #25484
   Attorneys for Defendant
   Leitner, Williams, Dooley & Napolitan, PLLC
   414 Union Street, Suite 1900
   Nashville, TN 37219-1782
   Phone: (615) 255-7722